# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 479 |
| | : | |
| ORDER REVISING THE *COMMENT* TO | : | CRIMINAL PROCEDURAL RULES |
| RULE 500  OF THE PENNSYLVANIA | : | |
| RULES OF CRIMINAL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 45 *Pa.B.* 3810 (July 18, 2015)**,** and in the Atlantic Reporter (Third Series Advance Sheets, Vol. 114)*,* and a *Final Report* to be published with this **ORDER**:

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the revision of the *Comment* to Pennsylvania Rule of Criminal Procedure 500 is approved in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2016.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.